Eugene Zaia, an Infant, by John J. Zaia, His Guardian ad Litem, et al., Appellants, v. Lalex Realty Corporation, Respondent, Impleaded with Others.

Submitted December 4, 1941; decided January 8, 1942.

*Myron Wisoff* and *Louis Rothbard* for appellants.

*Clarence S. Zipp* and *Hobart R. Marvin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.